[No. 13328-1-III.     Division Three.     December 20, 1994.]

BOISE CASCADE CORPORATION, *Appellant*, v. RICHARD L. HUIZAR, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Yakima County, No. 91-2-00961-8, F. James Gavin, J., entered June 2, 1993. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Sweeney and Schultheis, JJ. Now published at 76 Wn. App. 676.

[No. 17050-7-II.     Division Two.     December 21, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS JOHN MCLAUGHLIN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 92-1-00921-8, James D. Ladley, J., entered April 8, 1993. *Affirmed* by unpublished opinion per Morgan, C.J., concurred in by Seinfeld and Bridgewater, JJ.

[No. 16804-9-II.     Division Two.     December 21, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN THOMAS LUND, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 92-1-02738-2, Thomas R. Sauriol, J., entered December 21, 1992. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Seinfeld, A.C.J., and Houghton, J.